| AO 10<br>Rev. 1/2008 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>PADOVA, JOHN R | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA | 3. Date of Report<br><br>04/7/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>17613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Patient Advocate Board | Kimmel Cancer Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Prior earned fee distribution | $ 920.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | | | | Annual dinner for fed.jud. 3/23/07 NY |
| 2. | | | | | a. trans., pkg, cab, tips for Judge ██████ |
| 3. | | | | | b. Assn pd directly-hotel, lodg. & meal |
| 4. | | | | | for Judge ██████. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Order of Sons of Italy - Roxborough Lodge | Plaque | $ 100.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. VKM PA QUALITY MUN TR ● | A | Interest | J | T | | | | | |
| 2. PNC BANK CHKG ● | A | Interest | K | T | | | | | |
| 3. ████████, IRA PNC● | A | Interest | K | T | | | | | |
| 4. Fed Pa Mun M.M. | A | Interest | J | T | | | | | MM Opened (Hanauer) |
| 5. Dreyfus Pa M.M. | A | Interest | J | T | | | | | (Janney) |
| 6. Boston Capital ● 17 | A | Interest | J | T | | | | | |
| 7. Bank Chkg & Sav. ● Citizens Bank | A | Int | J | T | | | | | |
| 8. PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 9. Exelon | B | Dividend | L | T | | | | | |
| 10. USAA Sav-Act | A | Interest | K | T | Cash | | | | |
| 11. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 12. Boston Cap SER 15 & 18 ● | A | Interest | J | T | | | | | |
| 13. JMS/DLJSC/Phila Inv. RETIRE. PLAN ACCT.J PADOVA IRA | E | Div & Int | P1 | T | IRA Dist. | | L | | See VIII |
| 14. - ACM Man. Dollar Inc. Fund | B | Dividend | K | T | | | | | |
| 15. - Pershing Gov Act-mm | D | Dividend | N | T | | | | | |
| 16. - ACM Govt. Sec. Fund-name change-Alliance Bernstein Income | C | Dividend | K | T | | | | | name change |
| 17. - Alliance World Fund-name change-Alliance Bernstein Global | C | Dividend | K | T | | | | | name change |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Commercial Act Lease Realty, Inc.-Natl. Retail | B | Dividend | K | T | | | | | Name change |
| 19. - Aspen Group Res. Corp. | | None | J | T | | | | | |
| 20. - Templeton Emer Mktg. Inc. | B | Dividend | K | T | | | | | |
| 21. - Pepsico Cap Res Inc. 4/01/11 | | None | L | T | | | | | |
| 22. - U.S. Treas SEC Strip 11/15/11 | | None | M | T | | | | | |
| 23. - Fid. Adv. Sr 11 Gro Opty Fd. B | A | Dividend | J | T | | | | | |
| 24. - Putnam Inv Fds - Gro B | A | Dividend | J | T | | | | | |
| 25. - Allete Inc ADESA Inc | A | Dividend | | | S | 1/31 | K | | |
| 26. - Van Kampen Amer Cap Sr Inc. | C | Dividend | K | T | | | | | |
| 27. - FHLMC Ser-2496 5.5 | A | Interest | L | T | | | | | |
| 28. Berks Cty. Pa M.A. - Phoebe ● | A | Interest | J | T | | | | | |
| 29. New Jersey Econ Dev 10/23 | A | Interest | J | T | | | | | |
| 30. Evergreen Money Mkt 9 -now Wachovia | A | Dividend | J | T | | | | | |
| 31. First Union CD Now Wachovia | B | Interest | K | T | | | | | |
| 32. Erie Co. H.A. - St. Mary's ● | B | Interest | K | T | | | | | |
| 33. Louisiana Loc. Govt. St. James ● | B | Interest | K | T | | | | | |
| 34. Vanguard Pa L/T Tax Ex Fund | D | Interest | M | T | B | 12/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard M/M - IRA | D | Dividend | M | T | | | | | |
| 36. Vanguard B/M - IRA | D | Dividend | M | T | PS | 12/4 | K | A | |
| 37. Vanguard 500 - IRA | D | Dividend | N | T | | | | | |
| 38. American Century ● | A | Dividend | K | T | | | | | |
| 39. Montgomery Co. PA Hgr Ed. Auth Temple 7/1/07,7/1/19,7/1/29 | | None | J | T | | | | | |
| 40. Chester Co. PA Higher Ed. 6/1/18 | B | Interest | K | T | | | | | |
| 41. Ohio State Env. 5/1/29 ● | B | Interest | K | T | | | | | |
| 42. PNC Bank Sav. ● & Ckg ● | A | Interest | L | T | | | | | |
| 43. Allegheny Co. Pa. USX-5.6 | B | Interest | K | T | | | | | |
| 44. Allegheny Co. Pa.-South Hills 8.625 | | Interest | J | T | | | | | |
| 45. NJ Econ Dev - Seashore 4-1-31 | B | Interest | K | T | | | | | |
| 46. Allegheny Co. Pa. IDA 6-6● | A | Interest | J | T | | | | | |
| 47. Allegheny Co. PA. IDM. USX 5.5 | A | Interest | J | T | | | | | |
| 48. NJ Economic Dev-Presby. 12-1-32 | B | Interest | K | T | R | 12/3 | K | A | |
| 49. Conn St. Dev. Auth - 4/1/21 | A | Interest | J | T | | | | | |
| 50. Lehigh Co. G.P.A.-Bible 11/1/33 | B | Interest | K | T | | | | | |
| 51. Del. Co. Pa. Auth. Cabrini ● | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Nuveen Select ● | B | Interest | K | T | | | | | |
| 53. Pa. St. Tpk. Comn Oil ● | B | Interest | K | T | | | | | |
| 54. - FEDL Hom. Ln Mtge 4/17/18 | C | Interest | L | T | | | | | |
| 55. - Cons Edison Ins. Com. | C | Dividend | L | T | | | | | |
| 56. PA St Ref-1st Ser. 4.5● | A | Interest | J | T | | | | | |
| 57. PA St Go - 5.0 ● | A | Interest | J | T | | | | | |
| 58. Stroudsberg, PA - 5.0 ● | A | Interest | J | T | | | | | |
| 59. Economy, PA - 5.0 ● | B | Interest | K | T | | | | | |
| 60. Mtgy. Co. IDA Ret. 5.250 | B | Interest | L | T | | | | | |
| 61. San Jose Fing. Auth. | B | Interest | K | T | | | | | |
| 62. Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 63. Illinois Edl. Facs. | B | Interest | K | T | | | | | |
| 64. Lancaster PA Ser A - 4.5% | B | Interest | K | T | | | | | |
| 65. Lehigh Co PIDA 9/1/29 ● | A | Interest | J | T | B | 2005 | J | | See VIII |
| 66. Lehigh Co PIDA 9/1/29 | A | Interest | J | T | | | | | |
| 67. Upper St. Clair Tw 7-25-43 | A | Interest | K | T | | | | | |
| 68. Virgin Isl. 10-31 - 5% | B | Interest | | | S | 7/30 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Enhanced | B | Dividend | | | S | 5/10 | K | | |
| 70. Eaton Vance-Tx mg. (Global) | D | Dividend | L | T | | | | | |
| 71. Nuveen Eq Prem Growth | B | Dividend | | | S | 5/10 | K | | |
| 72. Puerto Rico 7/1/42 | A | Interest | K | T | | | | | |
| 73. Puerto Rico 7/1/42 | B | Interest | | | S | 9/10 | K | | |
| 74. Cinergy Corp (IRA) merger-Duke Energy | C | Dividend | | | S | 5/10 | M | | |
| 75. Microsoft (IRA) | A | Dividend | K | T | | | | | |
| 76. Intel (IRA) | A | Dividend | K | T | | | | | |
| 77. Tupperware Corp (IRA) | C | Dividend | L | T | | | | | |
| 78. Nuveen PA Prem Inc ██ | A | Dividend | K | T | B | 3/26 | J | | |
| 79. Nuveen PA Invt QF ██ | A | Dividend | K | T | B | 3/26 | J | | |
| 80. Van Kempen Amer PA Mun. Inc. ██ | A | Dividend | K | T | B | 3/26 | J | | |
| 81. Federated Govt Res MM ██ | A | Dividend | J | T | IRA Transfer | 11/30 | K | | |
| 82. Sayre PA Health Serv 12/1/31 | B | Interest | K | T | | | | | |
| 83. Brunswick Glynn GA 1/1/35 | A | Interest | K | T | | | | | |
| 84. Chester Co. PA H&E-Jeff | A | Interest | K | T | | | | | |
| 85. Eaton Vance T/M | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Eaton Vance T/M ⬤ | A | Interest | J | T | | | | | |
| 87. CanutilloTX Sch Dist | A | Interest | K | T | | | | | |
| 88. California St Glo 9/1/36 | A | Interest | K | T | | | | | |
| 89. Bayatex Entr (IRA) | | None | L | T | | | | | |
| 90. Blackrock Intl. Growth and Inc. Trust | B | Dividend | K | T | B | 5/24 | K | | |
| 91. Phila. Pa 4.5% 7/1/33 | A | Interest | K | T | B | 7/30 | K | | |
| 92. Pa. St. Univ Ser A 8/15/36 | A | Interest | K | T | B | 9/10 | K | | |
| 93. Citigtroup Inc. Com | B | Interest | K | T | B | 4/10 | M | | |
| 94. Tyco Intl. Ltd. | A | Dividend | K | T | B | 2/5 | L | | See VIII |
| 95. Covidien Ltd. | A | Dividend | K | T | Spinoff | | | | See VIII |
| 96. Tyco Electronic | A | Dividend | K | T | Spinoff | | | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, Item 13, - Lines 13-22, 25-27, 35-37, 54-55, 74-77, 89

Section VII, Items 94-96 - Bought ███████████ Tyco which spun-off ███████████ Covidien Ltd., ███████████ Tyco Intl, and ███████████ of Tyco Electronics.

Section VII, Item 65 - Bought 3/23/2005. Inadvertently not included in 2005 and 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/7/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544